AO 91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TEXAS**

FILED
2011 APR 22 AM 10: 35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
                              02
                          DEPUTY

UNITED STATES OF AMERICA
V.
**Maurice Martel Jones**

**CRIMINAL COMPLAINT**

Case Number: 1:11-m-305

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __04/18/11__ (Date) in __Travis__ County, in the __WESTERN__ District of __TEXAS__ defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly and willfully made deposits for conveyance in the mail or for delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the life of, to kidnap, or to inflict, bodily harm upon the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect, or knowingly and willfully otherwise made any such threat" in violation of 18 United States Code, Section 871.

in violation of Title __18__ United States Code, Section(s) __871__.

I further state that I am a(n) __SPECIAL AGENT, OF THE U.S. SECRET SERVICE__ and that this complaint is based on the following facts:
Official Title

**see attached affidavit.**

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

_____
Signature of Complainant

**Robert Gutierrez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

__April 22, 2011__                        at    __Austin, TX__
Date                                                City                State

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**
Name of Judge       Title of Judge

_____
Signature of Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

------------------------------------- )

UNITED STATES OF AMERICA

vs.

MAURICE MARTEL JONES

------------------------------------- )

CRIMINAL NUMBER_____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, ROBERT V. GUTIERREZ, Special Agent, United States Secret Service, Austin, Texas, being duly sworn, depose and state the following:

1. I am a Special Agent of the United States Secret Service and have been so employed for four years, with over 16 years of law enforcement experience. I am currently assigned to the Austin, Texas, Resident Office. In this capacity, I have received extensive training and have experience in conducting investigations related to individuals or groups posing a threat to the President of the United States and other protectees of the United States Secret Service.

2. I respectfully submit this affidavit in support of a Criminal Complaint against Maurice Martel Jones for violations of Title 18 United States Code, Section 871 (Threats against President and successors to the Presidency).

### The Statutes

3. Title 18, United States Code, Section 871(a) provides that "Whoever knowingly and willfully makes deposits for conveyance in the mail or for delivery from any post office or by any letter carrier any letter, paper, writing, print, missive, or document containing any threat to take the

life of, to kidnap, or to inflict, bodily harm upon the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect, or knowingly and willfully otherwise makes any such threat" shall be punished by a fine or imprisoned not more than five years, or both.

### The Offense

4. On or about April 18, 2011, Maurice Martel JONES, while at Psychiatric Emergency Services (PES), made statements to the doctors he wanted to kill himself and shoot the President of the United States Barack Obama.

5. Austin Police responded to PES and detained JONES. JONES told the officer, he was going to kill President Obama by shooting him. JONES stated he has easy access to a gun and he can find the President's schedule through television/cable.

6. JONES was subsequently confined on a Protective Order of Emergency Commitment and ultimately committed to Austin Lakes Hospital, a psychiatric care facility.

7. On April 20, 2011, The United States Secret Service was advised of JONES' threats toward President Obama. I went to Austin Lakes Hospital and interviewed JONES regarding his statements of wanting to kill the President of the United States.

8. During the interview JONES stated he hears a voice telling him to kill President Obama. JONES stated he has heard the voice for several years telling him to hurt other people, but only the past few months has the voice been telling him to kill President Obama. JONES stated he has hurt people in the past as commanded by the voice. JONES stated the voice he hears is the voice of Lucifer (the Devil).

9. During the interview JONES stated he wanted to kill President Obama by shooting him in the forehead. JONES further stated he would "kill Obama till he is bloody red".

Throughout the interview JONES stated numerous times he wanted to kill President Obama and his family. Jones stated if he was to get out of the hospital and Obama were near-by, he would kill him.

10. Based upon the forgoing facts, there is probable cause to believe that Maurice Martel JONES did knowingly and willfully threaten to take the life of the President of the United States, in violation of Title 18, United States Code, Section 871.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
ROBERT V. GUTIERREZ
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me this
22 Day of April 2011

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS